UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES DOE,

          Plaintiff,

    v.

STATE FARM GENERAL INSURANCE COMPANY,

          Defendant.

Case No. 23-cv-04734-JSC

**PRETRIAL ORDER NO. 2: AMENDED CASE SCHEDULE**

As discussed at the June 20, 2024 case management conference, the fact discovery cut-off is continued to August 16, 2024. All discovery, with the exception of Plaintiff's deposition and IME, must be concluded by that date. All other case deadlines, including expert witness disclosure deadlines, remain. If Defendant elects to take Plaintiff's deposition and do his IME by video, the August 16, 2024 deadline applies to those proceedings. Defendant will re-serve initial disclosures on Plaintiff by June 21, 2024.

The Court will hold a further case management conference by Zoom video on October 10, 2024. An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: June 20, 2024

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California