United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 23-cv-04734-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT PROCEED UNDER HIS ACTUAL NAME** |

　　　　Plaintiff brings breach of contract and breach of the implied covenant claims against his insurer arising from his loss of a Rolex watch.  In its order on Plaintiff's request to proceed anonymously, he claimed he needed to do so because he is struggling with mental illness.  The Court held: "At this stage, no knowing more than what Plaintiff has alleged, the Court grants Plaintiff leave to proceed anonymously on the public docket.  However, as more evidence comes to light, proceeding in such manner may no longer be justified." (Dkt. No. 22 at 3.)

　　　　The Court is now more familiar with the case and does not believe proceeding anonymously is justified.  To the extent there is any discussion of Plaintiff's mental health treatment or diagnosis, such discussion can be redacted from the public docket.  Accordingly, on or before **September 4, 2024**, Plaintiff shall show cause why redacting from the view of the public any sensitive medical information—a process that occurs all the time in federal court—is not sufficient.

　　　　**IT IS SO ORDERED.**

Dated: August 26, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge