JAMES DOE, *PRO SE*
39899 Balentine Drive, Suite 200
Newark, California 94560
Telephone: (510) 439-1698
Email:   fundudeinfinity@gmail.com

JAMES DOE, *PRO SE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| JAMES DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Defendant. | Case No.   23-cv-04734-JSC<br><br>**Judge:       JACQUELINE SCOTT CORLEY**<br>**Court RM.: 8 (19th Floor)**<br>**Date:         October 25, 2024**<br>**Time:         N/A**<br><br>**PLAINTIFF JAMES DOE'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT OF OCTOBER 10, 2024 COURT PROCEEDINGS AND ZOOM HEARING UNDER GEN. ORDER NO. 59, PARTS 4 & 5 AND PLAINTIFF'S REQUEST THERETO**<br><br>Trial Date:   May 19, 2025 |

1  TO THE HONORABLE COURT AND DEFENDANT STATE FARM GEN. INS. CO.:

2      PLEASE TAKE NOTICE that on October 25, 2024, Plaintiff James Doe ("Plaintiff") hereby respectfully submits this Notice of Intent to Request Redaction (Dkt. No. 73) pursuant to General Order No. 59, Part 4 (April 25, 2008), Plaintiff's Request thereto under Gen. Order No. 59, Part 5, and a Proposed Order, to the Court, the Honorable Jacqueline Scott Corley presiding.

    Plaintiff respectfully requests the Court for an order to redact from the official transcript and video recording of the October 10, 2024 proceedings and motion hearing, conducted via Zoom, (Dkt. No. 72) any and all references to Plaintiff's actual name or identity pending resolution of Plaintiff's Motion to Stay pending appeal (Dkt. No. 75) of the Court's September 23, 2024 Order Requiring Him to Proceed Under His Actual Name (Dkt. No. 68).  *See* General Order No. 59, Parts 4 and 5.  Plaintiff filed said Motion to Stay on October 17, 2024. (Dkt. No. 75.)  The Court set a hearing for Plaintiff's Motion to Stay for December 5, 2024.  (On October 01, 2024, Plaintiff filed a Notice of Appeal with the U.S. Court of Appeals for the Ninth Circuit as to the Court's September 23, 2024 Order (Dkt. No. 69).)

    At the start of the October 10, 2024 Zoom hearing, the Honorable Jacqueline Scott Corley notified Plaintiff that he was identified in the proceedings by his actual name, and his actual name appeared on the Zoom video screen.  (Plaintiff Declaration in Support of His Request for Redaction ¶ 4.)  Plaintiff respectfully requests the Court for an order redacting any and all references to Plaintiff's actual name or identity from the official transcript and video recording of the October 10, 2024 proceedings and hearing, pending resolution of Plaintiff's Motion to Stay pending appeal.  *See* Gen. Order No. 59, Part 5.

    This Request for Redaction is based on this Notice of Intent to Request Redaction, the Request for Redaction, and a proposed order.

    Respectfully submitted,

Dated:   October 25, 2024

by Plaintiff James Doe
/s/ *James Doe*
Plaintiff James Doe, *Pro Se*
39899 Balentine Drive, Suite 200
Newark, California 94560, USA
(510) 439-1698
fundudeinfinity@gmail.com