UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES DOE,

          Plaintiff,

    v.

STATE FARM GENERAL INSURANCE COMPANY,

          Defendant.

Case No.  23-cv-04734-JSC

**ORDER RE: PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION**

Re: Dkt. No. 78

On October 25, 2024, Plaintiff filed a "Notice of Intent to Request Redaction." (Dkt. No. 78.) He asks the Court "for an order to redact from the official transcript and video recording of the October 10, 2024 proceedings and motion hearing, conducted via Zoom, . . . any and all references to Plaintiff's actual name or identity" pending resolution his motion to stay. (*Id.* at 2.) The transcript does not contain Plaintiff's name, (Dkt. No. 76), and the video recording is not available to the public. So, the Court DENIES Plaintiff's request.

      **IT IS SO ORDERED.**

Dated: October 28, 2024

JACQUELINE SCOTT CORLEY
United States District Judge