FILED

FEB 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES DOE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STATE FARM GENERAL INSURANCE COMPANY, <br><br> Defendant - Appellee. | No. 24-5967 <br><br> D.C. No. 3:23-cv-04734-JSC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Pursuant to the parties' stipulation (Docket Entry Nos. 8 and 10), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT