|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 12 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JAMES DOE,<br><br>          Plaintiff - Appellant,<br><br>  v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>          Defendant - Appellee. | No. 24-7352<br><br>D.C. No.<br>3:23-cv-04734-JSC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry Nos. 4 and 5), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT