SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
350 S. Grand Ave., 40th Floor
Los Angeles, CA 90071-3460
Telephone:    213.620.1780
Facsimile:    213.620.1398
E mail:    jhoffman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
jcrowe@sheppardmullin.com
KATHERINE C. SAMPLE, Cal. Bar No. 259325
ksample@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| JAMES DOE, an individual, on behalf of himself, the general public and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and MOES 1-25, inclusive,<br><br>    Defendants. | Case No.: 3:23-cv-04734-JSC<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Stipulation for Dismissal with Prejudice filed on January 31, 2025 (ECF No. 91) by defendant State Farm General Insurance Company ("State Farm") and Plaintiff James Doe ("Plaintiff") is hereby GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed in its entirety and as to all parties, with prejudice. Each party to bear their own attorneys' fees and costs.

Dated: February 28, 2025

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE